# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148925(64)

In re THEODORA NICKELS HERBERT TRUST.
_____

BARBARA ANN WILLIAMS,
        Petitioner-Appellee,

v

FREDERICK A. HERBERT, as Trustee of the
THEODORA NICKELS HERBERT TRUST,
        Respondent-Appellant.
_____/

SC: 148925
COA: 309863
Washtenaw PC: 11-000691-TT

On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing its reply brief in this application for leave to appeal is GRANTED. The reply brief will be accepted as timely filed if filed on or before May 9, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2014
_____

